1  **BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.**
   MICHAEL E. CHASE, SBN 214506
2  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4602
3  Telephone: (916) 321-4444
   Facsimile: (916) 441-7597

*Attorneys for non-party PRG-Schultz USA, Inc.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | No.: 2:05-MC-0427 GEB PAN (Master File No. C-01-0988-MJJ pending N.D. Cal.) <br><br> **CLASS ACTION** <br><br> **PRO HAC VICE APPLICATION AND ORDER** |
|---|---|---|
| This Document Relates to: ALL ACTIONS. | | |

I, Henry R. Chalmers, attorney for non-party PRG-Schultz USA, Inc., hereby petitions for admission to practice under the provisions of Rule 180(b)(2) of the Local Rules of Practice of the United States District Court, and in support thereof, state, under penalty of perjury, that:

My residence address is: 611 Ridgecrest Road, NE, Atlanta, Georgia 30307.

My business address is: Arnall Golden Gregory LLP, 171 17th Street NW, Suite 2100, Atlanta, Georgia 30363.

Business telephone: (404) 873-8646.

I was admitted to practice in the following courts:

COURT:   Supreme Court of Georgia, May 20, 1993

COURT:   Court of Appeals of Georgia, May 20, 1993

COURT:   Superior Court of Georgia, Fulton County, July 10, 1992

COURT:   U.S. District Court, Northern District of Georgia, May 20, 1993

COURT:   U.S. Court of Appeals, Eleventh Circuit, January 4, 1996

1  I am presently in good standing and eligible to practice in said court. I am not currently
2  suspended or disbarred in any other court.
3  Within the year preceding this application, I __ HAVE, or _X_ HAVE NOT made a pro hac
4  vice application to this court. Listed below is the case number and title of each matter, the date of
5  the application, and whether it was granted or denied. _____.
6  I hereby designate the following member of the Bar of this Court with whom the Court and
7  opposing counsel may readily communicate regarding the conduct of the case and upon whom
8  papers shall be served: Michael E. Chase, Boutin Dentino Gibson Di Giusto Hodell Inc.
9  DATED: 7-19-05                PETITIONER: /s/ Henry R. Chalmers
10 I hereby consent to my designation as counsel with whom the Court and opposing counsel
11 may readily communicate regarding the conduct of the case and upon whom papers shall be served.
12 DATED: July 18, 2005           DESIGNEE: /s/ Michael E. Chase
13                                Address: Boutin Dentino Gibson Di Giusto Hodell Inc.
14                                555 Capitol Mall, Suite 1500, Sacramento, CA 95814
15                                Telephone: (916) 321-4444
16
17                              **O R D E R**
18        PETITION IS HEREBY    ( X ) GRANTED         ( ) DENIED.
19
20 DATED: July 20, 2005                   /s/ Garland E. Burrell, Jr.
21                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
22
23
24
25
26
27
28

-2-
_____
PRO HAC VICE APPLICATION AND ORDER