UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE ORACLE CORPORATION                    Misc. S-05-0427 GEB PAN
SECURITIES LITIGATION
_____/                    ORDER

-o0o-

This file was opened upon plaintiffs' filing a motion to compel local discovery in a case pending in the Northern District of California, In re Oracle Corporation Securities Litigation, No. C-01-0988 MJJ JCP.  Pursuant to my discussions with Magistrate Judge Joseph C. Spero, the matter was transferred to the Northern District on August 4, 2005, for decision by that court.  Accordingly, the clerk of this court is directed to close the file.

So ordered.

Dated:  November 9, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge